UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joe Nathan Harvin Jr.**                    **Docket No. 7:13-CR-4-1BO**

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joe Nathan Harvin Jr., who, upon an earlier plea of guilty to 21U.S.C.841(a)(1), Distribution of a Quantify of Heroin (2 counts), 18 U.S.C. 922(g)(1) and 924, Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 16, 2013, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Joe Nathan Harvin Jr. was released from custody on September 18, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Since Harvin's release, he has been fully compliant with the terms and conditions of supervised release. However, based on his prior criminal history and substance abuse history, Harvin and the probation office believe that he would benefit from outpatient substance abuse treatment. As such, it is recommended the court impose the drug aftercare condition so he can be referred to our outpatient contract treatment provider. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Robert L. Thornton                    /s/ John A. Cooper
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          Phone: 910-679-2046
                                          Executed On: March 12, 2018

**ORDER OF THE COURT**

Considered and ordered this _____16_____ day of __*March*__ _____, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge